# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RANDY MCKEE and SHEILA MCKEE, husband and wife,<br><br>*Plaintiff*<br>v.<br>CHELAN COUNTY, a County existing under Washington Law, et al.,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 2:14-CV-0204-SMJ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Chelan County Fire District No. 6 pursuant to the Order Granting Defendant Chelan County Fire District No. 6's Motion for Summary Judgment entered June 29, 2015, ECF No. 55.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr., on a motion for summary judgment.

Date: June 29, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas