# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RANDALL MCKEE and SHEILA MCKEE, husband and wife,<br>*Plaintiff*<br>v.<br>CHELAN COUNTY, a County existing under WA law, CHELAN COUNTY SHERIFF'S OFFICE, a subdivision of Chelan County, and CHELAN COUNTY FIRE DISTRICT NO. 6, a fire district existing under WA law,<br>*Defendant* | Civil Action No. 2:14-CV-0204-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order Granting Motion for Summary Judgment entered September 9, 2015, ECF No. 103, judgment is entered in favor of Defendants Chelan County and the Chelan County Sheriff's Department.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion for Summary Judgment.

Date: 09/09/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas